UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NEB MORROW,

                      Plaintiff,                  **ORDER**

      -against-                      23 Civ. 3224 (NSR) (AEK)

MARC JANIS,

                      Defendant.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic conference was held on March 24, 2025. The Court's rulings from that conference are memorialized below.

      1.    By April 7, 2025, Plaintiff must serve on Defendant by mail (by sending to Defendant's counsel) his initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

      2.    By April 7, 2025, Plaintiff must serve on Defendant by mail (by sending to Defendant's counsel) his first set of interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

      3.    By April 7, 2025, Plaintiff must serve on Defendant by mail (by sending to Defendant's counsel) his requests for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

      4.    By April 18, 2025, Plaintiff must serve on Defendant by mail (by sending to Defendant's counsel) his responses and objections to Defendant's document requests and interrogatories.

5.  Plaintiff must provide his signed medical record authorizations to Defendant by mail (by sending to Defendant's counsel) as soon as possible. Plaintiff is directed to revise the forms to indicate that he is authorizing the release of medical records for the period from January 1, 2018 through the present, and to cross out the portion of the forms indicating that he is authorizing the release of his entire file. Plaintiff should write his initials next to these changes.

As discussed at the conference, the City Bar Justice Center ("CBJC") *Pro Se* Legal Assistance Project is available to assist self-represented parties in civil cases. The CBJC may be able to provide a *pro se* party with advice in connection with his or her case. The CBJC is a private organization and is not part of, or run by, the Court (and, among other things, cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Plaintiff may contact the CBJC by mail at the below address.

City Bar Justice Center
Pro Se Legal Assistance Project
40 Foley Square, LL22
New York, NY 10007

A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, March 6, 2025 at 10:30 a.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

The Clerk of the Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: March 25, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

3