UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

NEB MORROW,

                     Plaintiff,                  **ORDER**

      -against-                    23 Civ. 3224 (NSR) (AEK)

MARC JANIS,

                     Defendant.

--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At the May 6, 2025 telephonic conference in this matter, the fact deposition deadline was extended to July 11, 2025. All other deadlines in the scheduling order at ECF No. 41 remain the same.

.* * * * *

A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, July 29, 2025 at 10:00 a.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

2

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: May 6, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge