UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NEB MORROW,

                Plaintiff,

    - against -

MARC JANIS,

                Defendants.
-------------------------------------------------------------- X

23-CV-3224 (NSR)(AEK)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Neb Morrow, DIN 10-A-6112, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated:   White Plains, New York
           July 14 , 2025

                                    SO ORDERED:

                                    _____
                                    Hon. Andrew E. Krause, U.S.M.J.

## DECLARATION OF SERVICE

Maurice Nwikpo-Oppong, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On July 14, 2025, I caused to be served the foregoing Proposed Order to Depose Incarcerated Plaintiff Michael Crane, upon:

Neb Morrow
DIN: 10-A-6112
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442

Plaintiff *pro se*, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by Plaintiff for that purpose and by emailing a true copy of the attached papers to DoccsSingSingIRC@doccs.ny.gov.

By: *Maurice K. Nwikpo-Oppong*
MAURICE NWIKPO-OPPONG
Assistant Attorney General