

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

September 2, 2025

**In light of the extension of the discovery deadline, the parties' joint request to adjourn the Sept. 4, 2025 Status Teleconf. until Dec. 11, 2025 at 10:00 am is GRANTED. The parties are directed to the dial-in instructions at ECF No. 41. Clerk of Court is requested to term. the motion at 53. Deft. is requested to mail a copy of this endorsement to pro se Pltf. and to file proof of service. Dated: Sept. 3, 2025 White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

**By ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 218
White Plains, New York 10601-4150

    Re:    <u>Morrow v. Janis</u>, 23 Civ. 3224 (NSR)

Dear Judge Román:

    I am an Assistant Attorney General in the New York State Office of the Attorney General ("OAG") that represents Defendant Dr. Marc Janis ("Defendant") in the above-referenced case. I write jointly with Plaintiff to respectfully request an alternative date for the Case Management conference, currently scheduled for September 4, 2025 at 11:15 a.m. (ECF No. 41).

    The grounds for this request is that Hon. Magistrate Judge Andrew Krause's Order, dated July 1, 2025 (ECF No. 49), extended discovery deadlines, with November 10, 2025 being the deadline to complete discovery. The parties conferred and are available on the following dates for a Case Management conference:

    November 13, 2025; November 20, 2025; December 4, 2025; and December 11, 2025

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Maurice K. Nwikpo-Oppong

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General
Maurice.Nwikpo-Oppong@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/03/2025

CC:    Neb Morrow, DIN: 10-A-6112
          Sing Sing Correctional Facility
          354 Hunter Street
          Ossining, New York 10562-5442
          (via USPS First Class Mail)