UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NEB MORROW,

        Plaintiff,      **ORDER**

   -against-         23 Civ. 3224 (NSR) (AEK)

MARC JANIS,

        Defendant.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

  The Court held a conference on September 18, 2025. Defendant's counsel was notified by correctional facility staff that Plaintiff refused to appear for the conference.

  A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Friday, October 3, 2025 at 2:00 p.m.**

  To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

  **Counsel for defendant must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

2

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: September 19, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge