UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEB MORROW,

                Plaintiff,                **ORDER**

    -against-                23 Civ. 3224 (NSR) (AEK)

MARC JANIS,

                Defendant.

------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Court held a conference on October 3, 2025.  Plaintiff Neb Morrow appeared pro se; Maurice Nwikpo-Oppong appeared on behalf of defendant.

    Plaintiff's motion for discovery is due October 10, 2025.  Defendant's response is due October 29, 2025.  By November 10, 2025, counsel for defendant must produce any additional log entries or notes maintained by the officers who transported Plaintiff to his appointment with Defendant, or confirm that no such log entries or notes exist.  The deadline for the completion of all discovery is extended to December 1, 2025.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: October 3, 2025
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge