MEMO ENDORSED



**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

December 8, 2025

> In light of the granting of appointment of pro bono counsel for pro se Plaintiff, the parties' joint request to adjourn sine die the Dec. 11, 2025 Status Teleconf. is GRANTED. Deft's counsel is directed to inform the Court when discovery is completed. Deft. is directed to serve a copy of this endorsement on Pltf. and file proof of service. CLerk of Court is requested to terminate the motion at ECF No. 64.
>
> **Dated: Dec. 9, 2025**

**By ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 218
White Plains, New York 10601-4150

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:    *Morrow v. Janis*, 23 Civ. 3224 (NSR)

Dear Judge Román:

I am the Assistant Attorney General in the New York State Office of the Attorney General ("OAG") who represents Defendant Dr. Marc Janis ("Defendant") in the above-referenced case. I write jointly with Plaintiff to respectfully request an alternative date for the Status telephone conference, currently scheduled for December 11, 2025 at 11:00 a.m. (ECF No. 54).

The grounds for this request is that Hon. Andrew E. Krause, Magistrate Judge, conducted a Status Conference on November 5, 2025 that resulted in Hon. Krause holding in abeyance the completion of all discovery pending the appointment of a pro bono counsel. *See* Minute Entry dated November 5, 2025 for the Status Conference; *see also* "Order Granting Request for a Pro Bono Counsel" under ECF No. 63. Hon. Krause indicated that he would advise your Honor about holding all discovery in abeyance and then directed the Parties to write to the Court to request an adjournment if the Status Conference scheduled on December 11 had yet to be rescheduled.

I thank the Court for its attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2025

Respectfully submitted,

By:    Maurice K. Nwikpo-Oppong

DN: cn=Maurice K. Nwikpo-Oppong, o=Office of the New York State Attorney General, email=Maurice.Nwikpo-Oppong@ag.ny.gov, c=US
Location: New York, New York
Date: 2025.12.08 17:08:50 -05'00'

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General
Maurice.Nwikpo-Oppong@ag.ny.gov

**CC:**    Neb Morrow, DIN:  10-A-6112
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York  10562-5442
(via USPS First Class Mail)