**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

August 28, 2026

**By ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 218
White Plains, New York 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/31/2026

Re: *Morrow v. Janis*, No. 23 Civ. 3224 (NSR)(AEK)

MEMO ENDORSED

See Page 2.

Dear Honorable Judge Román:

The Office of the New York State Attorney General ("OAG") represents Defendant Dr. Marc Janis ("Defendant") in the above-referenced case. I write, with the gracious consent of Counsel for Plaintiff Neb Morrow, to respectfully request a stay of any summary judgment deadlines, including pre-motion conference letters, until after the resolution of the pending motion for judgment on the pleading.

The grounds for this request is that, on July 22, 2026, Hon. Andrew E. Krause issued an Order acknowledging receipt of the Parties' Joint Status Letter regarding the completion of discovery. (*See* ECF No. 110). Prior to confirming the completion of discovery, Hon. Román, on April 15, 2026, granted Defendant leave to file a dispositive motion pursuant to Fed. R. Civ. P. 12(c) concerning statute of limitations, and issued the following briefing schedule: Defendant's moving papers to be served (not filed) on June 1, 2026; Plaintiff's opposition papers to be served (not filed) on July 16, 2026; and Defendant's reply papers to be served, and all motions papers to be filed on July 31, 2026. (*See* ECF No. 78). On July 15, 2026, Hon. Román granted Plaintiff's request for an extension of time to file his response and issued the following briefing schedule: Plaintiff's opposition papers to be served (not filed) on July 30, 2026; and Defendant's reply to be served, and all papers to be filed on August 14, 2026. (*See* ECF No. 108). On August 14, 2026, the undersigned filed all motion papers. (*See* ECF Nos. 111-115).

"'[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Salese v. JP Morgan Chase & Co.*, No. 23 Civ. 0153, 2023 WL 5047890, at *1 (E.D.N.Y. Aug. 8, 2023) (quoting *Thomas v. N.Y. City Dep't of Educ.*, No. 09 Civ. 5167, 2010 WL 3709923, at *2 (E.D.N.Y. Sept. 14, 2010) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936))). The Court may stay proceedings for good cause, and "'[in] evaluating whether there is good cause in a case with a pending dispositive motion, a court considers: (1) the strength of the dispositive motion; (2) the breadth of the discovery sought; and (3) the prejudice a stay

would have on the non-moving party.'" *Tripathy v. Schneider*, No. 21 Civ. 6392, 2023 WL 2388505, at *1 (W.D.N.Y. Mar. 7, 2023) (quoting *TentandTable.com, LLC v. Aljibouri*, No. 22 Civ. 78, 2022 WL 2009528, at *1 (W.D.N.Y. June 6, 2022) (internal quotation marks omitted)). Courts have found good cause to stay proceedings pending a dispositive motion, where if the motion succeeds, partially or entirely, "'the parties could avoid substantial burden and waste of precious resources . . . .'" *Sharma v. Open Door NY Home Care Servs., Inc.*, 345 F.R.D. 565, 569 (E.D.N.Y. Mar. 26, 2024) (quoting *Amron v. 3M Minnesota Mining & Mfg. Co.*, No. 23 Civ. 8959, 2024 WL 263010, at *3 (E.D.N.Y. Jan. 24, 2024)).

Here, the dispositive motion, if granted, may dispose of this matter in its entirety; discovery is already complete; and the stay would not prejudice any party in its prosecution or defense of this matter as the only next step in this matter is summary judgment. Further, the Court deciding one motion, instead of two, will conserve judicial resources, and serve the interest of the Court, parties, and the public. *See Short v. City of Rochester*, 747 F. Supp. 3d 594, 603 (W.D.N.Y. Aug. 30, 2024).

Due to Defendant's pending dispositive motion, a stay of any summary judgment deadlines is warranted. This is the first request for a stay of any summary judgment deadlines and will not affect any other dates in this matter.

I thank the Court for its attention to this matter.

Respectfully submitted,

By: Maurice K. Nwikpo-Oppong DN: cn=Maurice K. Nwikpo-Oppong, o=Office of the New York State Attorney General, email=Maurice.Nwikpo-Oppong@ag.ny.gov, c=US Location: New York, New York Date: 2026.08.28 15:49:39 -04'00'

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General
Maurice.Nwikpo-Oppong@ag.ny.gov

**CC**: All Counsel of Record (via ECF)

**The Court is in receipt of Defendant's request to stay any summary judgment deadlines until the resolution of the Defendant's pending motion for judgment on the pleadings. The request is GRANTED.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 116.**

**Dated: August 31, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

## DECLARATION OF SERVICE

Maurice Nwikpo-Oppong, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On August 28, 2026, I caused to be served the foregoing August 28, 2026 dated Letter to Hon. Nelson S. Román's regarding Defendant's Request to Stay any Summary Judgment Deadlines, upon:

Neb Morrow
DIN: 10-A-6112
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442

Plaintiff *pro se*, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

By: Maurice K. Nwikpo-Oppong
DN: cn=Maurice K. Nwikpo-Oppong, o=Office of the New York State Attorney General, email=Maurice.Nwikpo-Oppong@ag.ny.gov, c=US
Location: New York, New York
Date: 2026.08.28 19:13:36 -04'00'

Maurice Nwikpo-Oppong, Esq.
Assistant Attorney General